**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                             Case No.: 1:16–cr–00622
                                                    Honorable Manish S. Shah

Zachary Buchta, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 16, 2017:

      MINUTE entry before the Honorable Manish S. Shah: as to Zachary Buchta. At the parties' request, the status hearing on 9/6/17 is stricken. Change of plea hearing is set for 10/17/17 at 11:00 p.m. The government is directed to email a draft of the plea agreement to proposed_order_shah@ilnd.uscourts.gov by 10/16/17. The court excludes time from 9/6/17 through 10/17/17 under 18 U.S.C. § 3161(h)(7) to serve the ends of justice, without objection. Excluding time will allow the parties the reasonable time necessary for the effective preparation of the case. Such delay outweighs the interests of the public and the defendant in a speedy trial. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.